O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>PEDRO CERVANTES,<br><br>               Defendant. | SA 10-029M<br><br>ORDER OF DETENTION AFTER HEARING<br>(18 U.S.C. § 3142(i)) |

I.

A. ( ) On motion of the Government involving an alleged

    1. ( ) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

        (21 U.S.C. §§ 801,/951, et. seq..,/955a);

    4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

    1. (X) serious risk defendant will flee;

    2. ( ) serious risk defendant will

        a. ( ) obstruct or attempt to obstruct justice;

        b. ( ) threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

1                                                 II.

2     The Court finds no condition or combination of conditions will reasonable assure:

3     A. ( X )   appearance of defendant as required; and/or

4     B. ( ) safety of any person or the community;

5                                               III.

6     The Court has considered:

7     A. ( x) the nature and circumstances of the offense;

8     B. (x) the weight of evidence against the defendant;

9     C. (x) the history and characteristics of the defendant;

10    D. ( ) the nature and seriousness of the danger to any person or to the community.

11                                             IV.

12    The Court concludes:

13    A. ( ) Defendant poses a risk to the safety of other persons or the community because:

14

15    B. (x )   History and characteristics indicate a serious risk that defendant will flee because:

16         **Defendant is undocumented.  He has no ties to the community and no bail**

17         **resources.**

18

19    C. ( ) A serious risk exists that defendant will:

20        1. ( )   obstruct  or  attempt to  obstruct  justice;

21        2. ( )   threaten, injure or intimidate a witness/ juror; because:

22

23    D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24        provided in 18 U.S.C. § 3142 (e).

25 ///

26 ///

27 ///

28 ///

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3    facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5    consultation with his counsel.

8    Dated: February 4, 2010

_____
Marc L. Goldman
U.S. Magistrate Judge